# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Ruben Chavez-Estrada

CRIMINAL COMPLAINT
CASE: 17-10816M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 12, 2017 at or near Sells, Arizona, in the District of Arizona, Ruben Chavez-Estrada, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on December 1, 2010 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(1).

   Ruben Chavez-Estrada is a citizen of Mexico. On December 1, 2010, Ruben Chavez-Estrada was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On September 12, 2017, agents found Ruben Chavez-Estrada in the United States at or near Sells, Arizona without the proper immigration documents. Ruben Chavez-Estrada did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Ruben Chavez-Estrada, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Ruben Chavez-Estrada admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 6, 2017, at or near Lukeville, Arizona.

File Date: 09/13/2017

at Tucson, Arizona

Ryan Worden, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/13/2017

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 098 003 546